# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TONY LUCIBELLO,**
                **Plaintiff,**

**-vs-**                                                        **Case No. 6:06-cv-197-Orl-31KRS**

**ANASTASIOS VASILIADIS and MARTHA**
**VASILIADIS, Co-Trustees and the**
**VASILIADIS FAMILY Revocable Trust,**
**dated December 22, 1994,**
                **Defendants.**

_____

## ORDER

Upon consideration of the Joint Motion for Reconsideration (Doc. 15) of this Court's Order (Doc. 14) denying Plaintiff's Motion to Extend Time (Doc. 13), it is

**ORDERED** that said Motion is DENIED. Paragraph E of the Court's Scheduling Order (Doc. 8), provides ". . . the Court expects strict adherence to these deadlines. Exceptions will be granted only for compelling reasons." The parties have had ample time to comply with the Scheduling Order and no compelling reason has been shown to warrant the requested extension.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 18, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party