# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TONY LUCIBELLO,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-197-Orl-31KRS**

**OLYMPIA RESTAURANT & CLUB OF ORLANDO, INC.,**

        **Defendant.**

## ORDER

The parties have filed a Joint Motion for Consent Decree and Dismiss with Prejudice (Doc. 25). Upon consideration thereof, it is

**ORDERED** that the Motion is GRANTED. The Consent Decree is approved, incorporated herein by reference, and attached as Ex. A. This case is hereby DISMISSED, with prejudice. The Clerk is directed to close the file. The Court retains jurisdiction to enforce the terms of the Consent Decree.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 25, 2006.

                                          GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party